UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :  Case No. 10-29 |
| KENNETH SCHNEIDER | : |

### UNITED STATES' RESPONSE TO DEFENDANT'S
### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

The United States of America, by its undersigned attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Michelle Morgan-Kelly, Assistant United States Attorney, does not oppose defendant's motion to extend time for filing pretrial motions. The government requests that the Court limit the length of the extension, which defendant has not specified in his request, so that the government may have the opportunity to prepare responses prior to trial.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


_____/s/_____
Michelle Morgan-Kelly
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that on this day I caused a copy of the Government's response to defendant's first motion to extend time for filing pretrial motions, to be served by electronic filing, and/or first-class mail, addressed to:

JOSEPH P. GREEN
DUFFY & GREEN
138 WEST GAY STREET
WEST CHESTER, PA 19380

                                                                                 /s/
                                              MICHELLE MORGAN-KELLY
                                              Assistant United States Attorney

Dated: June 18, 2010