# DR. SHERRI R. EDELMAN - Curriculum Vitae
325 Cherry Street
Philadelphia, PA 19106

Work: (215) 627-6279
Fax: (215) 627-7244
WWW.TRI-UNE.COM
sherriedelman@comcast.net

## EDUCATION AND CLINICAL TRAINING

| | |
|---|---|
| 2004 | Doctorate in Clinical Psychology<br>Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania<br>\* American Psychological Association (APA) approved program |
| 2001 | Master of Science in Clinical Psychology<br>Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania |
| 1998 | ADAPTIV Training Program, Philadelphia, Pennsylvania<br>Adaptiv Learning Systems, King of Prussia, Pennsylvania<br>Dean Becker, President. Chair: *Martin E. P. Seligman, Ph.D.*<br>Cognitive Behavioral/Learned Optimism Skills Training Program |
| 1987 | Master of Science in Group Psychotherapy and Group Process<br>Hahnemann University, Philadelphia, Pennsylvania |
| 1979 | Bachelor of Science in Education<br>Temple University, Philadelphia, Pennsylvania (Summa Cum Laude) |

## CLINICAL EXPERIENCE

2002-present    INDEPENDENT PSYCHOTHERAPY PRACTICE
Philadelphia, Pennsylvania
Triune Wellness (description listed under Professional Experience)

2000-2004    THE CENTER FOR CHILDREN'S SUPPORT (now NJ CARES Institute)
Specialty Care Services: University of Medicine and Dentistry of New Jersey
Stratford, New Jersey

Provided individual, family and group psychotherapy to children, adolescents and adults. Evaluated and treated children, adolescents, and families suffering from the effects of child sexual abuse, physical abuse, and domestic violence. Conducted weekly therapy groups for non-offending parents, adolescents and children who have been sexually abused. Conducted weekly therapy groups for victims and/or witnesses of domestic violence. Conducted weekly groups for parents who had committed acts of physical violence.

## CLINICAL EXPERIENCE, CONTINUED

           Developed as a team a group treatment manual for victims and witnesses of domestic violence and physical abuse. Handled case management responsibilities and complete comprehensive psychological assessments and reports. Conducted workshops in outreach directed at prevention of abuse.

1992–2001    INDEPENDENT PSYCHOTHERAPY PRACTICE
                Jenkintown and Maple Glen, Pennsylvania

                Psychotherapist: Provided cognitive behavioral therapy to individuals, couples families and groups. Areas of focus included: affective disorders, anger, adjustment disorders, sleep disorders, stress, trauma, worry, divorce, sexual and physical abuse, domestic violence, family, peer and relationship problems.

1997–2000    MAIN LINE REHABILITATION ASSOCIATES
                Exton, Pennsylvania

                Counselor and Behavior Specialist: Provided services to children, adolescents, adults, couples and families for adjustment to disability, depression, chronic pain management, personality and behavioral changes following brain injury; behavior management and behavior modification after neurological injury; stress management; and post trauma counseling.

                Cognitive Remediation Therapist: Helped individuals with brain impairments improve their thinking skills, including: attention and concentration, memory, organization and problem solving. Treatment emphasized skill acquisition and relearning, along with developing compensatory strategies as needed for adequate functioning. Conducted skills training in assertiveness, social skills, time and stress management. Work with children included: learning style assessment; educational evaluation; cognitive remediation; and coordination of remediation with school programs.

## TEACHING EXPERIENCE

2007-Present  PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
                **Adjunct Faculty** - Masters of Clinical and Health Psychology Program

2006-2007    PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
                Masters and Doctorate of Clinical Psychology Programs
                Seminar: Child Abuse

Curriculum Vitae, Dr. Sherri R. Edelman                                    Page 3

## TEACHING EXPERIENCE, CONTINUED

1991            HAHNEMANN UNIVERSITY, Philadelphia, Pennsylvania

                Group Psychotherapy and Group Process Masters Degree Program
                Instructor

1979-1981       THE PHILADELPHIA BOARD OF EDUCATION

                Teacher: Developed curriculum and designed materials. Designed and
                implemented individualized reading programs.

## PROFESSIONAL BUSINESS EXPERIENCE

2002-present    TRIUNE CHIROPRACTIC, COUNSELING & WELLNESS Center
                325 Cherry Street
                Philadelphia, Pennsylvania

                **COFOUNDER and OWNER** of a Health and Wellness Center focused on
                providing care that supports physical, emotional, and spiritual health and
                well-being. Serve in an entrepreneurial capacity from initial start-up to
                growth, development and management. Develop systems and procedures;
                handle hiring of all personnel; manage executive administrative functions;
                manage advertising, marketing and financials for the business and all
                responsibilities related to business ownership. The services offered at Triune
                Chiropractic, Counseling & Wellness Center incorporate a complementary
                health care approach; honoring the interdependence of body, mind, and spirit
                by offering drug-free, natural treatments and services that remove barriers and
                interference to the body's own healing mechanisms. In addition, Triune's
                unique approach to health-care includes a partnership with our clients in their
                journey to wellness; we provide state-of-the-art education and resources,
                encouraging the building of a strong foundation for self-responsibility and
                commitment to a lifetime of health and vitality.

                Psychologist: Provide therapy and counseling to individuals, couples,
                families and groups. Areas of specialty include: couples and relationships;
                affective disorders; anger; adjustment disorders; sleep disorders; stress and
                pain management; worry; divorce; sexual and physical abuse; domestic
                violence; family; peer and social problems; somatic complaints; career
                coaching; counseling; holistic health and wellness

Exhibit B

Curriculum Vitae, Dr. Sherri R. Edelman                                         Page 4

## PROFESSIONAL BUSINESS EXPERIENCE, CONTINUED

1982-1983   LEVIN ASSOCIATES, Willow Grove, Pennsylvania

Counselor and Program Manager: Contract with Montgomery County Training and Employment Program (MCTEP). Served as liaison between MCTEP and Jewish Employment and Vocational Services (JEVS). Conducted research and handled resource planning for program development.

Developed individual and group training format. Handled intake services, assessment and treatment planning. Supervised clients and provided counseling.

Trainer and Group Facilitator: Worked with individuals with emotional, physical and mental challenges. Facilitated daily small and large groups in vocational and personal skill development. Instructed on topics pertaining to vocational issues, including: communication skills; assertiveness; social skills; interviewing; telephone skills, and resume writing.

1981-1982   GROLIER EDUCATION SERVICES, Philadelphia, Pennsylvania
Educational Consultant: Delivered presentations and conducted workshops on reading and educational programs and materials. Worked as liaison between Montgomery and Bucks County schools and company. Promoted to District Manager.

## DOCTORAL DEGREE CLINICAL INTERNSHIP

2000-2002   UNIVERSITY OF MEDICINE AND DENTISTRY
The Center for Children's Support (please refer to Clinical Experience)
Stratford, New Jersey (renamed *New Jersey CARES Institute)*

## MASTERS DEGREE CLINICAL INTERNSHIPS

1998-1999   THE NATIONAL HOSPITAL FOR KIDS IN CRISIS (KIDSPEACE)
Orefield, Pennsylvania

Clinical Practicum for Doctorate in Clinical Psychology, Philadelphia College of Osteopathic Medicine. Total of 400 Clinical Hours; 100 Supervision Hours

## MASTERS DEGREE CLINICAL INTERNSHIPS, CONTINUED

        Provided individual and group psychotherapy. Conducted psychological Assessments, performed testing and evaluations, wrote psychological reports. and developed treatment plans. Worked with adolescents ages 13-18, primarily with sexual abuse and trauma related disorders, including mood, personality, sexualized behavior problems, and posttraumatic stress.

1985-1987    HAHNEMANN UNIVERSITY, Philadelphia, Pennsylvania

        Group Psychotherapy and Group Process Masters Program
        <u>Total of 1240 Supervised Clinical Hours in combined internships listed below</u>

1985-1986    EUGENIA HOSPITAL, Lafayette Hill, Pennsylvania

        Provided individual and group psychotherapy. Handled intake and performed psychological assessments and evaluations. Assisted with discharge planning and outpatient placement. Attended educational seminars and workshops in eating disorders, sexual abuse, suicide and addictions.

1986-1987    EINSTEIN HOSPITAL, PSYCHIATRIC UNIT, Philadelphia, Pennsylvania

        Provided individual outpatient psychotherapy to adults. Conducted diagnostic intakes and developed treatment plans. Performed psychological testing and evaluations.

## PROFESSIONAL PRESENTATIONS, SEMINARS AND WORKSHOPS

2007    CORAZONES UNIDOS SEIMPRE NATIONAL LATIN SOCIETY
        Philadelphia, Pennsylvania

        7th Annual Convention – Philadelphia Convention Center
        Seminar – *How to Effectively Communicate*

2006    PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
        Philadelphia, Pennsylvania
        Friday Speaker Series Presenter

        Workshop Presentation- Understanding Child Sexual Abuse: Assessment, Treatment and Diversity Issues

Curriculum Vitae, Dr. Sherri R. Edelman                                    Page 6

## PROFESSIONAL PRESENTATIONS, SEMINARS AND WORKSHOPS, CONT.

2004-2005   ARCADIA UNIVERSITY-Physician's Assistant Graduate Program
            Glenside, Pennsylvania

            Workshop Presentations - *Complementary and Alternative Medicine*
            and *Child Abuse and Neglect*

2003        "NEW JERSEY CARES ABOUT BULLYING" Conference
            Rutgers University, New Brunswick, New Jersey
            Workshop Presentation- *The Hidden World of Female Bullying*

            Domestic Violence Program: Moving Beyond Family Violence

2002        THE READING HOSPITAL AND MEDICAL CENTER
            Reading, Pennsylvania

            Strengthening Family Resiliency
            Workshop Presentation- *Child Abuse: Breaking the Cycle*

2001-2003   SEXUAL ASSAULT FOCUSED EDUCATION (S.A.F.E.), New Jersey

            <u>Public High School Focus Program Leader.</u> Facilitated a two-session
            presentation of a sexual assault risk reduction program for high school
            students to provide youth with information about sexual assault. Facilitated
            critical thinking about relationships, sexual victimization, and gender roles.

1999-2002   UPPER DUBLIN SCHOOL DISTRICT, Pennsylvania

            Conducted workshops for middle school children who participate in role
            plays and small and large group discussion on a variety of topics such as:
            self-esteem, relationships, body image, parents and siblings, anger, cultural
            stereotypes, zero tolerance, communication and violence. Provide information
            on career options in psychology.

2001        AMERICAN PROFESSIONAL SOCIETY ON THE ABUSE
            OF CHILDREN (APSAC) 2001 COLLOQUIUM, Washington, D.C.
            Presented Award for Outstanding Media to *The Crisis in Foster Care*.

            *Presented Lecture on the Crisis in Foster Care*

Curriculum Vitae, Dr. Sherri R. Edelman                                      Page 7

**MEDIA APPEARANCES**

| | |
|---|---|
| 2009 | ABC ACTION NEWS<br>Bala Cynwyd, Pennsylvania<br><u>Taped Television:</u> Topic - Online Bullying |
| 2008 | IT'S YOUR CALL WITH LYNN DOYLE: CN8<br>Comcast Productions: Philadelphia, Pennsylvania<br><u>Live Television:</u> Topic – Child Abuse |
| 2008 | ABC ACTION NEWS<br>Bala Cynwyd, Pennsylvania<br><u>Taped Television:</u> Topic – Sports Psychology |
| 2007 | IT'S YOUR CALL WITH LYNN DOYLE: CN8<br>Comcast Productions: Philadelphia, Pennsylvania<br><u>Live Television:</u> Topic – Domestic Abuse |
| 2007 | SURVIVING MOTHERHOOD: The Learning Channel<br>Banyon Productions, Philadelphia, Pennsylvania<br><u>Taped Television:</u> Three episodes as "Expert" (Psychology/Women's Issues)<br>Developed bullet points and provided advice on the following topics:<br>Guilt and the Working Woman; Mommy/Grandmom raising a child together; Mother raising children with a work "obsessed" husband |
| 2007 | COURT TV<br>Catherine Crier LIVE: New York<br><u>Live Television:</u> Topic – Shawn Hornbeck and Ben Ownby kidnapping<br>Philadelphia, Pennsylvania |
| 2007 | FOX NEWS<br>Good Day Philadelphia<br><u>Live Television:</u> Topic/March – Disciplining Children<br>            Topic/April – Happiness in MidLife |
| 2006-<br>2007 | NBC TODAY SHOW<br>Rockerfeller Center: New York, New York<br><u>Live Television:</u> Topic – Secrets in Relationships (May 2007)<br><u>Live Television:</u> Topic – How to Handle Your Anger (September 2006) |

Curriculum Vitae, Dr. Sherri R. Edelman                                    Page 8

## MEDIA APPEARANCES, CONTINUED

2006　　ABC ACTION NEWS
　　　　Bala Cynwyd, Pennsylvania
　　　　<u>Live Television:</u> Topic - Health and Wellness ("Web Chat")

2004　　SUNDAY LIVE WITH WALLY KENNEDY-CBS
　　　　Bala Cynwyd, Pennsylvania
　　　　<u>Live Television:</u> Topic - Child Abuse

2004　　IT'S YOUR CALL WITH LYNN DOYLE-CN8
　　　　Comcast Productions: Philadelphia, Pennsylvania
　　　　<u>Live Television:</u> Topic - Child Abuse

2002　　WHYY Radio – Ed Harvey Show
　　　　Bala Cynwyd, PA
　　　　<u>Live Radio Interview:</u> Topic - Health and Wellness

## PRINT AND INTERVIEWS

2008　　Jewish Exponent
　　　　Philadelphia, Pennsylvania
　　　　Topic: Why Do Women Live Longer Than Men?
　　　　Michelle Mostovy-Eisenberg-Staff Writer

2007　　Jewish Exponent
　　　　Philadelphia, Pennsylvania
　　　　Children Can Learn the Real Meaning of Money (12/06/07)
　　　　Michelle Mostovy-Eisenberg-Staff Writer

2007　　Psychotherapy Finances
　　　　www.PsychotherapyFinances.org
　　　　Print Interview/January issue: Practice Profile - *'Integrated Health' approach helps expand referral base*

2007　　Philadelphia Magazine
　　　　Philadelphia, Pennsylvania
　　　　Print Interview/March issue: *The Divorce Posse*

Curriculum Vitae, Dr. Sherri R. Edelman                              Page 9

## PRINT AND INTERVIEWS, CONTINUED

| | |
|---|---|
| 2006 | Philadelphia Style Magazine<br>Philadelphia, Pennsylvania<br><u>Print Interview:</u> Developing Independence as a Consumer |
| 2006 | Philadelphia Daily News<br>Philadelphia, Pennsylvania<br><u>Print Interview:</u> Developing Independence as a Consumer |
| 2006 | Jewish Exponent<br>Philadelphia, Pennsylvania<br><u>Featured</u> in *"Stars & Society Stars of David"* column by Michael Elkin |
| 2006 | Relief and Wellness News<br>Quarterly Newsletter<br><u>Contributing Writer:</u> topics related to Psychology, Health and Wellness |
| 2005 | United Today Quarterly<br>Philadelphia, Pennsylvania<br><u>Print Interview:</u> *Conquer Stress and Empower Your Life"* |
| 2004-2005 | One Philadelphia (Powerhouse Media)<br>Philadelphia, Pennsylvania<br><u>Contributing Writer</u>: Topics related to Psychology, Health and Wellness |
| 2003-2005 | Authentic Voices Newsletter<br>San Diego, California<br>A Publication of the National Call to Action: A Movement to End Child Abuse and Neglect<br><u>Contributing Writer:</u> *Healing Resources for Adults and Children* |

## PROFESSIONAL AFFILIATIONS and COMMUNITY SERVICE

| | |
|---|---|
| 2007 | HEALTH AND WELLNESS EXPERT.COM<br>Bryn Mawr, Pennsylvania<br><u>Panel Expert-Clinical and Health Psychology</u>: Write and audio record articles covering topics about psychology, health and body/mind wellness for website |
| 2006 | IKEA<br>Media Spokesperson for the *"Declare Your Independence"* campaign |

**PROFESSIONAL AFFILIATIONS and COMMUNITY SERVICE, CONTINUED**

2002-2005    A NATIONAL CALL TO ACTION: A Movement to End Child Abuse
             AND AUTHENTIC VOICES
             San Diego, California

             Chair and Executive Board Member: Committed to working towards the elimination of child abuse and neglect. Raising awareness about this public health crisis; bringing it to the national stage and helping congressional leaders, local welfare agencies, media, and interested citizens better understand the dynamics and scope of the problem.

1997-present PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE
             Philadelphia, Pennsylvania

             Continuing Education Advisory Committee Member: Choose speakers and contribute to development of seminars and workshops in mental health realm

2003-2004    BEST PRACTICES FOR HEALING CHILD ABUSE, Ewing Marion
             Kaufman Foundation, Kansas City, Missouri

             Advisory Panel Member:  One of a group of international leaders in the field of Child Abuse serving on an Advisory Panel to choose and disseminate Best Practices in the treatment of Child Abuse: a joint effort between the National Movement to End Child Abuse based at the Chadwick Center in San Diego, CA and the Ewing Marion Kaufman Foundation in Kansas City, Missouri.

1999-2001    WORLD CONGRESS OF BEHAVIORAL AND COGNITIVE THERAPIES
             Philadelphia College of Osteopathic Medicine

             Sub-Organizing Committee Member: Assist with pre-conference planning phases. Correspond with official organization representative for Turkish government. Work at seminars and assist in organization of workshops

1999-2001    UNIVERSITY OF PENNSYLVANIA CENTER FOR
             COGNITIVE THERAPY, Philadelphia, Pennsylvania

             Research Assistant: Pilot Study - Cognitive Behavioral Therapy for Borderline Personality Disorder. Assist with treatment manual research and development. Attend group supervision and treatment team meetings. Principal Investigators: *T. Aaron Beck, Ph.D.*; Cory Newman, Ph.D.; Gregory Brown, Ph.D.; Paul Crits-Christoph, Ph.D., Maryann Laydin, Ph.D.

Curriculum Vitae, Dr. Sherri R. Edelman                                    Page 11

## DOCTORAL DISSERTATION

2003        Philadelphia College of Osteopathic Medicine, Department of Psychology,
            Philadelphia, Pennsylvania (Awarded with Meritorious Distinction)

   *A Comparison of Attitudes About Aggression, Sexuality and Social Support in
   The Peer Relationships of Sexually Abused Female Adolescents*

   Research study at the Center for Children's Support and the Department of
   Pediatrics, Division of Adolescent Medicine-University of Medicine and
   Dentistry-School of Osteopathic Medicine (UMDNJ-SOM), Stratford, NJ
   Esther Deblinger, Ph.D, Lori Feldman-Winter, M.D., Elizabeth Gosch, Ph.D.
   and Robert DiTomasso, Ph.D., Principal Investigators

## MASTERS THESIS

2007        Hahnemann University, Philadelphia, Pennsylvania

   *Psychoanalytic Groups Versus Encounter Groups: Psychotherapy or Growth?*
   A thesis presented to the faculty of Hahnemann University Graduate School in
   partial fulfillment for the Degree Masters of Science in Group Process and
   Group Psychotherapy

## PROFESSIONAL COLLABORATION (Clinical)

2006        New Jersey Cares Institute, Stratford, New Jersey

   Coauthor of a Children's Group Manual: *Groups For Children Who Have
   Experienced or Have Been Exposed to Domestic Violence and/or Physical
   Abuse and Their Nonoffending Parents.* Coauthors: Esther Deblinger, Ph.D.,
   Felicia Neubauer, M.S.W., L.C.S.W., Melissa Runyon, Ph.D.

## PROFESSIONAL AWARDS

2003   Pennsylvania Psychological Association (PPA)
       ANNUAL EDUCATOR'S AWARD

## PROFESSIONAL REFERENCES

Dr. Esther Deblinger, Clinical Director, Center for Children's Support
Associate Professor of Psychiatry; Clinical Director, New Jersey Cares Institute
University of Medicine and Dentistry, Stratford, New Jersey
T  856-566-7036

Dr. Melissa Runyon, New Jersey Cares Institute
University of Medicine and Dentistry, Stratford, New Jersey
T  856 566 7036

Dr. Elizabeth Gosch, Assistant Professor, Department of Psychology
Chair and Assistant Professor, Masters of Clinical Psychology Department
Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania
T  215 871 6509

Dr. Robert DiTomasso, Chair and Professor, Department of Psychology,
Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania
T 215 871 6511

Dr. Gina Fusco, Department of Psychology,
Philadelphia College of Osteopathic Medicine, Philadelphia, Pennsylvania
T 215 305 4855

## MEDIA REFERENCES

Ms. Lynn Doyle
It's Your Call with Lynn Doyle
Comcast CN8, Philadelphia, Pennsylvania
Lynndoyle@cable.comcast.net

Ms. Erin O'Heard, Reporter
ABC Action News

Ms. Holly Licht, Producer
Surviving Motherhood, The Learning Channel
Banyon Productions, Philadelphia, Pennsylvania
hlicht@banyanprod.com
T 215 928 1414

Ms. Janet Tegley, Producer
It's Your Call with Lynn Doyle
Comcast CN8, Philadelphia, Pennsylvania
E jantegley@aol.com

Curriculum Vitae, Dr. Sherri R. Edelman                                Page 13

**MEDIA REFERENCES, CONTINUED**

Ms. Sheinelle Jones, Anchor
FOX News, Philadelphia, Pennsylvania
T 215 287 2369

Ms. Stephanie Seigal, Producer
NBC Today Show, Rockerfeller Plaza, New York, New York
Stephanie.Seigel@nbcuni.com
T 212 664 6414

Mr. Gil Reisfield, Producer
NBC Today Show, Rockerfeller Plaza, New York, New York
T 212 664 3617

Ms. Chrissy Stanojev, Producer
Ms. Lynn Doyle
It's Your Call with Lynn Doyle
Comcast CN8, Philadelphia, Pennsylvania
E Chrissy_Stanojev@cable.comcast.com

Mr. Tarik Flannigan, Producer (moved to IVillage-Chicago)
NBC Today Show, Rockerfeller Plaza, New York, New York
Tarik.Flannagan@nbcuni.com
T 212 664 4900

Ms. Toby Josephs, Producer (moved to SciFi Channel)
Court TV, New York, New York
Toby.Josephs@turner.com
T 212 973 7936

Mr. Kevin Walsh, Producer
It's Your Call With Lynn Doyle
Comcast CN8, Philadelphia, Pennsylvania
T 215 264 1441

Meredith Lindemon, Editor
Daily Candy, Philadelphia

Michelle Mostovoy-Eisenberg, Writer
Jewish Exponent, Philadelphia, Pennsylvania
michelleme@jewishexponent.com

Curriculum Vitae, Dr. Sherri R. Edelman                                Page 14

**MEDIA REFERENCES, CONTINUED**

Keith Russell, Sports Anchor
ABC Action News
Philadelphia, Pennsylvania
keithrussell2451@hotmail.com

Dawn Heefner, Producer
ABC Action News, Philadelphia, Pennsylvania
Dawn.Heefner@abc.com

**PROFESSIONAL LIABILITY INSURANCE**
TDC-The Doctor's Company-American Professional Agency, Inc., Amityville, NY
Current: 1,000,000/3,000,000

**PROFESSIONAL LICENSURE**
Pennsylvania Licensed Counselor – PC002795 (Current)

Personal References Are Available Upon Request