IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 10-29 |
| KENNETH SCHNEIDER | : | |

## ORDER

AND NOW, this 15th day of September, 2010, it is ORDERED Defendant Kenneth Schneider's Motion to Dismiss (Document 62) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.