IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 10-29 |
| | : | |
| KENNETH SCHNEIDER | : | |

**ORDER**

AND NOW, this 16th day of September, 2010, it is ORDERED a *Daubert* Hearing regarding the admissibility of Dr. Sherri Edelman's testimony shall be held on Monday, September 20, 2010, at 9:00 a.m. in Courtroom 8B.

It is further ORDERED a teleconference shall be held today, Thursday, September 16, 2010, at 3:00 p.m. to discuss the schedule for next week.  The Government shall initiate the call.

BY THE COURT:

　　/s/ Juan R. Sánchez
Juan R. Sánchez, J.