

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

vs.                              :     2:10-CR-00029-JS

KENNETH SCHNEIDER                :

ORDER

AND NOW, this 23rd day of September, 2010, upon consideration of the Defendant's Motion For Issuance of Subpoenas made pursuant to Rule 17(c), F.R.Crim.P., the Court finds that testimony from attorneys Kenneth William Richmond and/or E. William Hevenor, in connection with their civil claim captioned *Doe v. Schneider*, et al, No. 2:08-cv-03805, is potentially material in this case, and so it is hereby ORDERED and DIRECTED that defendant may serve a trial subpoena upon the said Kenneth William Richmond and E. William Hevenor who shall appear at the trial of this case to be called as a witness by defendant. It is further Ordered that Mr. Richman and/or Mr. Hevenor shall bring to Court, if and when they appear as a witness, a full and complete copy of all communications, including e-mails, and summaries and/or notes regarding all communications, received by them or their firm from Roman Zavarov and/or Gina D'Amico Zavarov.

BY THE COURT:

Juan R. Sanchez, J.

FILED
SEP 23 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk