| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:14:30 AM to ~10:16:45 AM<br>-------------<br>Clip 1 "Intro" (No Audio): 00:00 to 1:02<br><br>Clip 1 "Intro" is played with no audio then paused. Start and pause times cannot be determined. | **(pp. 25)**<br>9 BY MS. MORGAN-KELLY:<br>10 Q. And I'm going to show you a portion of the movie and I'll<br>11 ask you to stop me when you recognize this as the movie that you<br>12 watched with the defendant at his apartment.<br>13 MS. MORGAN-KELLY: Do we have sound? Oh, okay.<br>14 (Video is played at 10:15 a.m.)<br>15 A. I'm pretty sure this is it.<br>16 Q. Let's wait until we can see some of the characters, just so<br>17 you confirm since we've only seen the credits at this point.<br>18 (Video continues to play.)<br>19 Q. And you can let me know when you recognize it as the movie<br>20 that you saw.<br>21 (Video continues to play at 10:16 a.m.)<br>22 A. Ah, the image depicted is the image of Nijinsky at the end of the<br>23 movie.<br>24 Q. Okay.<br>25 And is this is the movie that you recall seeing with<br>**(pp. 26)**<br>1 the defendant when you were thirteen?<br>2 A. Yes.<br>3 MS. MORGAN-KELLY: Your Honor, I'd move for the<br>4 admission of Government's Exhibit 8 and ask that it be published<br>5 to the jury.<br>6 THE COURT: Any objection?<br>7 MR. GREEN: With the objections previously stated.<br>8 THE COURT: Well, you may --<br>9 MS. MORGAN-KELLY: And so --<br>10 THE COURT: The objection is overruled, you may<br>11 publish it to the jury.<br>12 (Government Exhibit G-8 [VHS videocassette of complete movie, "Nijinsky"] received in evidence.) |
| ~10:16:45 AM to ~10:18:03 AM<br>--------------<br>Clip 1 "Intro" (with Audio): 1:02 to 2:03 | **(pp. 26 cont.)**<br>13 MS. MORGAN-KELLY: Let me start at the beginning and<br>14 I'll inform the jury that this will be a series of clips of the<br>15 movie, it's approximately ten minutes in total length.<br>16 (Video is played at 10:17 a.m., with audio.)<br>17 MS. MORGAN-KELLY: Your Honor, may I remove the<br>18 exhibits that are sitting in front of the witness?<br>19 THE COURT: You may.<br>20 (Video continues to play, with audio.)<br>21 BY MS. MORGAN-KELLY:<br>22 Q. And do you remember which character this is?<br>23 A. This is Nijinsky.<br>24 (Video continues to play at 10:18 a.m.) |

1

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:18:03 AM to ~10:18:57 AM<br>---------------<br>Clip 1 "Intro" (with Audio): 2:03 to 2:57 | No Testimony |
| ~10:18:57 AM to ~10:19:10 AM<br>---------------<br>Clip 1 "Intro" (with Audio): 2:57 to 3:11 | **(pp. 26 cont.)**<br>25 Q. And do you know who this character is, who is walking in<br>**(pp. 27)**<br>1 the fur coat?<br>2 A. This is Diaghilev.<br>3 (Video continues to play at 10:19 a.m.) |
| ~10:19:10 AM to ~ 10:21:30 AM<br>---------------<br>Clip 1 "Intro" (with Audio): 3:11 to 5:30 | No Testimony |
| ~10:21:30 AM to ~ 10:21:57 AM -----<br>----------<br>Clip 1 "Intro" (with Audio): 5:30 to 5:33 | **(pp. 27 cont.)**<br>4 MS. MORGAN-KELLY: Could you pause the movie there,<br>5 please.<br>6 Q. Do you recognize the image that's depicted there?<br>7 A. I remember it from the movie, it's a Greek vase.<br>8 Q. And do you remember seeing anything like this anywhere<br>9 else?<br>10 A. Ah, the defendant had showed me similar ones on the<br>11 Internet.<br>12 MS. MORGAN-KELLY: Okay. You can go ahead. |
| ~10:21:57 AM to ~ 10:22:24 AM<br>---------------<br>Clip 1 "Intro" (with Audio): 5:33 to 5:57<br><br>(End of Clip 1) | No Testimony |
| ~10:22:25 AM to ~ 10:23:20 AM<br>-------------<br>Clip 2 "If we never met" (with Audio) 00:00 to 00:51<br><br>(End of Clip 2) | **(pp. 27 cont.)**<br>13 (Video continues to play at 10:22 a.m.)<br>14 BY MS. MORGAN-KELLY:<br>15 Q. Who is that character there?<br>16 A. That's Nijinsky. |

2

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:23:20 AM to ~ 10:24:11 AM<br>----------------<br>Clip 3<br>"Fawn" [sic]<br>(with Audio)<br>00:00 to 00:51 | **(pp. 27 cont.)**<br>17 (Video continues to play at 10:23 a.m.)<br>18 Q. I'm going to show you another clip from the movie, do you<br>19 recall this portion of the movie?<br>20 A. Yes.<br>21 Q. And was this a performance of Nijinsky?<br>22 A. Yes.<br>23 Q. What performance was this?<br>24 A. "L'après-midi d'un faune." |
| ~10:24:11 AM to ~10:25:36 AM<br>----------------<br>Clip 3<br>"Fawn" [sic]<br>(with Audio)<br>00:51 to 02:13 | No Testimony |
| ~10:25:36 AM to ~ 10:26:39 AM<br>-------------<br>Clip 3<br>"Fawn" [sic]<br>(with Audio)<br>02:13 to 03:09<br>-------------<br>Clip is paused, silencing the accompanying music, immediately before the witness states "to masturbate." The clip resumes five seconds later after AUSA Morgan requests that the movie continue. | **(pp. 27 cont.)**<br>25 (Video continues to play at 10:25 a.m.)<br>**(pp. 28)**<br>1 Q. Do you know whether this was a controversial performance of<br>2 Nijinsky?<br>3 MR. GREEN: Objection, your Honor.<br>4 A. Yes.<br>5 MR. GREEN: The performance occurred in 1910 (sic), how<br>6 could the witness know that?<br>7 THE COURT: Very well. Your response?<br>8 MS. MORGAN-KELLY: The witness is a student of ballet,<br>9 he can state what his understanding and recollection is of this<br>10 portion of history.<br>11 THE COURT: I'll permit it -- overruled -- I'll permit<br>12 it.<br>13 Q. Was this a particularly-controversial performance of<br>14 Nijinsky?<br>15 A. Yes.<br>16 Q. And why is that?<br>17 A. Ah, in this portion of the movie, he starts to -- to<br>18 masturbate.<br>19 Q. Okay.<br>20 MS. MORGAN-KELLY: Continue the movie, please.<br>21 (Video continues to play at 10:26 a.m.)<br>22 THE COURT: Let me see you at side bar. Stop the<br>23 movie.<br>24 MS. MORGAN-KELLY: Okay. Stop it. |

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:26:39 AM to ~ 10:27:44 AM ----- ----------- Video record obscure; unclear if video was paused or turned off entirely. | **(pp. 28 cont.)**<br>25 (Discussion at side bar held on the record at 10:26<br>**(pp. 29)**<br>1 a.m.)<br>2 THE COURT: Okay.<br>3 The showing of a minor in a movie where there's<br>4 masturbation, arguably it's corruption of a minor and it's a<br>5 crime.<br>6 MS. MORGAN-KELLY: Your Honor --<br>7 THE COURT: Why -- why should -- shouldn't this be<br>8 precluded?<br>9 MS. MORGAN-KELLY: Your Honor's order was that no --<br>10 (Ms. Morgan-Kelly is not speaking at a microphone.)<br>11 MS. MORGAN-KELLY: -- acts of sexual abuse –<br><Elaboration of sidebar lines 9-11: The government responds that showing the film would not be an "act of sexual abuse," and thus would not be barred by the *in limine* order.><br>12 THE COURT: This is bad act, though -- this is a bad<br>13 act.<br>14 MS. MORGAN-KELLY: This is an act about which the<br>15 defendant has been --<br>16 THE COURT: This --<br>17 MS. MORGAN-KELLY: -- aware of for months and did not<br>18 move to exclude it.<br>19 MR. GREEN: Because I don't --<br>20 MS. MORGAN-KELLY: It shows his psychological control over<br>21 the victim and the psychological influence over the victim.<br>22 It has nothing to do with touching and they were<br>23 watching a movie, they were not engaging in the sexual acts.<br>24 This is outside the scope of the defendant's motion and outside<br>25 the scope of the court's order. |
| ~10:27:44 AM to ~ 10:28:46 AM ---------------- Video still paused or stopped | **(pp. 30)**<br>1 MR. GREEN: May I respond, your Honor?<br>2 THE COURT: Go ahead.<br>3 MR. GREEN: If -- if they were true before we started<br>4 today, that's one thing.<br>5 But what happened fifteen minutes ago, was that we<br>6 came to side bar because I made an objection to any evidence<br>7 that there was misconduct by the defendant outside of your time<br>8 frame. And your Honor made it perfectly clear -- it seemed to<br>9 me -- what the rules were.<br>10 What then happened is counsel went back and<br>11 deliberately and intentionally elicited that conduct. Because<br>12 when the witness didn't give it to her, she went back and got<br>13 it.<br>14 So, what -- the way it seems to me, the Government<br>15 just elicited evidence that would constitute a crime and the<br>16 evidence was elicited after it was objected to at side bar and<br>17 after the Court explained the ruling. |

4

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
|  | 18 And that's my objection, Judge. It's not just that it<br>19 violates the rule, but that we came here and placed it on the<br>20 record and then, she went back and did it, anyway.<br>21 THE COURT: Very well.<br>22 MR. GAURI: Went back and did what?<br>23 MR. GREEN: I'm talking to one --<br>24 THE COURT: Speak to me, okay, not to each other.<br>25 MR. GAURI: I'm sorry, your Honor, I don't understand. |
| ~10:28:46 AM to ~ 10:29:37 AM<br>---------------<br>Video still paused or stopped | **(pp. 31)**<br>1 THE COURT: All right. Excuse me.<br>2 Don't speak to each other, speak to the Court. I'm<br>3 getting a little tired of your -- to your side-bar conferences.<br>4 If they have an objection, you're going to get an opportunity to<br>5 make the objection on the record. I'll give you an opportunity<br>6 to respond, speak to the Court not to each other. Is that<br>7 clear?<br>8 MR. GAURI: Yes, your Honor.<br>9 THE COURT: I think I repeated that already --<br>10 MR.GAURI: Yes, your Honor.<br>11 THE COURT: -- so what is your position?<br>12 MS. MORGAN-KELLY: Our position is that this is<br>13 evidence that the defendant and the minor watched a movie<br>14 together about a public ballet<br>15 performance that occurred in the 1900s, and that is not a crime.<br>16 (Ms. Morgan-Kelly is not speaking at a microphone.)<br>17 MS. MORGAN-KELLY: Otherwise, any parent who took their<br>18 child to a R rated movie would be committing a crime.<br>19 MR. GREEN: This isn't R rated movie. In a -- in an R<br>20 movie, there's no sexual acts depicted --<br><span style="color:red">21 MS. MORGAN-KELLY: I --<br>22 MR. GREEN: -- that's where --<br>23 MS. MORGAN-KELLY: -- (indiscernible) -- can look at<br>24 it and we can look at –</span><br><Elaboration of sidebar lines 21-24: Defense counsel questioned whether the movie was R-rated, and the prosecutor responded that he could look at the box.><br>25 THE COURT: All right. |

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:29:37 AM to ~ 10:30:16 AM <br> ---------------- <br> Video still paused or stopped | **(pp. 32)** <br> 1 How much more do you have? <br> 2 MS. MORGAN-KELLY: Ah, maybe, five or six minutes. <br> 3 THE COURT: And what other -- <br> 4 MS. MORGAN-KELLY: This one is going to be over in another 15 seconds. <br> 5 THE COURT: -- what else is there in this movie? <br> 6 MS. MORGAN-KELLY: There's a short clip of <br> 7 them getting married and then there's a clip at the end just of <br> 8 Nijinsky by himself talking. <br> 9 THE COURT: Okay. I'll permit it. Go ahead. <br> 10 (Concluded at side bar at 10:30 a.m.) <br> 11 (Video continues to play at 10:30 a.m.) |
| ~10:30:16 AM to ~ 10:31:17 AM <br> ---------------- <br> Clip 3 <br> "Fawn" [sic] <br> (with Audio) <br> 03:09 to 04:06 <br><br> (End of Clip 3) | No Testimony |
| ~10:31:17 AM to ~ 10:33:55 AM <br> ---------------- <br> Clip 4 <br> "Young Boys" <br> (with Audio) <br> 00:00 to 02:34 <br><br> (End of portion of clip 4 shown at trial) | [next clip begins without pause or introductory comment] <br><br><br><br><br><br> No Testimony |
| ~10:33:55 AM to ~ 10:35:23 AM <br> ---------------- <br> Clip 5 <br> "Wedding" <br> (with Audio) <br> 00:00 to 01:29 <br> (End of clip 5) | [next clip begins without pause or introductory comment] <br><br><br><br> No Testimony |

| **Trial Audio and Video Clip Timestamps** | **Transcript of Trial** <br> **(Day 3 – Testimony of Roman Zavarov – 9/23/2010)** |
|---|---|
| ~10:35:23 AM to ~ 10:36:29 AM <br> ---------------- <br> Clip 6 [untitled] <br> (with Audio) <br> 00:00 to 01:05 <br><br> (End of portion of clip 6 shown at trial) | [next clip begins without pause or introductory comment] <br><br><br><br> No Testimony |
| ~10:36:29 AM to ~ 10:38:16 AM <br> ---------------- <br> Clip 7 <br> "Crazy" <br> (with Audio) <br> 00:00 to 01:45 | [next clip begins without pause or introductory comment] <br><br><br><br> No Testimony |
| ~10:38:16 AM to ~ 10:38:20 AM <br> ---------------- <br> Clip 1 <br> "Intro" <br> (with Audio) <br> 00:00 to 00:04 | [clip 1 begins again, interrupting clip 7] <br><br> No Testimony |
| ~10:38:20 AM to ~ 10:38:29 AM <br> ---------------- <br> Video record obscure; potentially Clip 1 "Intro" (no Audio) 00:04 to 00:13 | [indiscernible whispering in background] <br><br> No Testimony |

7

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|
| ~10:38:29 AM to ~ 10:38:53 AM ---------------- Clip 7 "Crazy" (with Audio) 00:00 to 00:20 | No Testimony |
| ~10:38:53 AM to ~ 10:40:45 AM ---------------- Clip 7 "Crazy" (with Audio) 01:45 to 03:37 | No Testimony |
| ~10:40:45 AM to ~ 10:41:01 AM ---------------- Video record obscure; potentially Clip 7 "Crazy" (no Audio) 3:37 to 03:53 | [15 second interruption]<br><br>No Testimony |
| ~10:41:01 AM to ~ 10:42:03 AM ---------------- Clip 7 "Crazy" (with Audio) 03:08 to 04:10 | No Testimony |

8

| Trial Audio and Video Clip Timestamps | Transcript of Trial (Day 3 – Testimony of Roman Zavarov – 9/23/2010) |
|---|---|

| | |
|---|---|
| ~10:42:03 AM onward <br> -------------- <br> Video record obscure; potentially Clip 7 "Crazy" (no Audio) 04:10 to 04:34 | **(pp. 32 cont.)** <br> 12 (At 10:42 a.m. in open court.) <br> 13 BY MS. MORGAN-KELLY: <br> 14 Q. After you watched this movie with the defendant, do you <br> 15 recall him telling you anything about the movie? <br> 16 A. Yes. <br> 17 Q. What? <br> 18 A. Ah, at the time, I didn't speak English, so he explained to <br> 19 me what was going on. <br> 20 Q. In Russian? <br> 21 A. Yes. <br> 22 Q. Did he relate the movie to you in any way? <br> 23 A. He told me -- we're, like, Diaghilev and Nijinsky. <br> 24 Q. Did he say anything else? <br> 25 A. Ah, he told me that Nijinsky has made a mistake to leave |