IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | No. 17-935 |
| v. | : | |
| | : | CRIMINAL ACTION |
| KENNETH SCHNEIDER | : | No. 10-29 |

## **ORDER**

AND NOW, this 6th day of September, 2019, upon consideration of Defendant Kenneth Schneider's Motion to Vacate, Set Aside or Correct a Sentence By a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 and accompanying memorandum of law, the Government's response in opposition thereto, and Schneider's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Schneider's Motion (Document 301) is DENIED.

A certificate of appealability shall not issue, as Schneider has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of this ruling, *see* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.